IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN KASSEL** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-5044** |
| | : | |
| **v.** | : | |
| | : | |
| **VILLANOVA UNIVERSITY** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 30th day of April 2025, it is hereby **ORDERED** that a final pretrial conference will be conducted by telephone on June 4, 2025, at 2:00 P.M. Counsel for Plaintiff is directed to initiate the call and once all counsel are on the line, to join Chambers in the teleconference by calling telephone 267-299-7460. Lead trial counsel for each party are required to participate in this final pretrial conference.

Fourteen (14) days prior to this telephonic final pretrial conference, all parties shall file a pretrial memorandum that comports with Local Rule 16.1  Any failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*